FILED

09 SEP -1 AM 10: 23

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80177 MISC   VRW

Henry Albert Hernandez - #160882

_____/

**ORDER TO SHOW CAUSE**

It appearing that Henry Albert Hernandez has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Henry Albert Hernandez
Administaff
19001 Crescent Springs Drive
Kingwood, TX 77339