1

2

3

4

5

**FILED**

**NOV 1 6 2009**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   IN THE MATTER OF:                    No CV-09-80177 MISC VRW

10

11  Henry Albert Hernandez,                    ORDER

12      State Bar No 160882

_____/

13

14          On September 1, 2009, the court issued an order to show

15  cause (OSC) why Henry Albert Hernandez should not be removed from

16  the roll of attorneys authorized to practice law before this court,

17  based upon his inactive enrollment as a member of the State Bar of

18  California pursuant to Rule 9.31, effective July 1, 2009.

19          The OSC was mailed to Mr. Hernandez's address of record

20  with the State Bar on September 2, 2009.  A written response was

21  due on or before October 1, 2009.  No response to the OSC has been

22  filed as of this date.

23          The court now orders Henry Albert Hernandez removed from

24  the roll of attorneys authorized to practice before this court.

25  The clerk is directed to close the file.

26          IT IS SO ORDERED.

27

28                              _____
                                VAUGHN R WALKER
                                United States District Chief Judge

United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Henry Albert Hernandez,

Case Number: CV-09-80177 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Henry Albert Hernandez
19001 Crescent Springs Drive
Kingwood, TX 77339

Dated: November 16, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*